UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
M&K IMPORTS, LLC,                          :
                  Plaintiff,                    :
                                 :
v.                                                         :
                                 :       **ORDER**
REJUVENADA MEDICAL GROUP, INC.,     :
d/b/a REGENEVADA; THOM E. LOBE;        :       22 CV 2606 (VB)
PATRICK D. CROCKER; and CROCKER      :
LAW FIRM PLLC a/k/a CROCKER &             :
CROCKER,                                            :
                    Defendants.                  :
------------------------------------------------------------x

       Plaintiff brings this action invoking subject matter jurisdiction by reason of diversity of

citizenship under 28 U.S.C. § 1332.

       To invoke diversity jurisdiction under 28 U.S.C. § 1332, there must be complete diversity

of citizenship. Caterpillar Inc. v. Lewis, 519 U.S. 61, 68 (1996). Thus, 28 U.S.C. § 1332

"applies only to cases in which the citizenship of each plaintiff is diverse from the citizenship of

each defendant." Id.; see also Lincoln Prop. Co. v. Roche, 546 U.S. 81, 89 (2005). Specifically,

28 U.S.C. § 1332(a)(1) applies when the dispute is between "citizens of different States."

       A limited liability company has the citizenship of each of its individual or entity

members. Handelsman v. Bedford Vill. Assocs. Ltd. P'ship, 213 F.3d 48, 51–52 (2d Cir. 2000).

       Here, plaintiff, a limited liability company, alleges it is organized in New York and with

a principal place of business in Mount Vernon, New York. (Doc. #1 ¶ 13). Plaintiff also alleges

defendant Crocker Law Firm PLLC, a professional limited liability company, is organized in

Michigan and "maintains a business address" in Kalamazoo, Michigan. (Id. ¶ 18). Plaintiff does

not identify its members, or their citizenships, or the members of defendant Crocker Law Firm

PLLC, or their citizenships.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/31/22

Accordingly, by April 7, 2022, plaintiff's counsel shall submit a letter explaining in detail the citizenship of plaintiff and defendant Crocker Law Firm PLLC, so that the Court can determine whether it has subject matter jurisdiction.

Dated:  March 31, 2022
        White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge