**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

M&K IMPORTS, LLC.

                                    Plaintiff,                                    22-cv-02606

                   -against-
REJUVENEDA MEDICAL GROUP, INC., et. al.                                           **ORDER**
                                    Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 9/11/2023

**VICTORIA REZNIK, United States Magistrate Judge:**

On August 10, 2023, this Court ordered that by September 1, 2023, Patrick D. Crocker and the Crocker Law Firm aka Crocker & Crocker submit a letter or letters stating whether they obtained new counsel. The Court further ordered that if the Crocker parties retain new counsel, then the parties must submit a joint letter to the Court proposing new discovery deadlines prior to September 10, 2023. The Court's order noted that if by September 10, 2023, the Crocker parties have not retained new counsel, then the Court will schedule a status conference. Having received no communication regarding whether the Crocker parties have retained new counsel, the Court will hold a telephonic status conference on Wednesday, September 27, 2023 at 10:30 am, at which the Crocker parties and counsel for all other parties are expected to attend. Please dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and press # to enter the conference. SO ORDERED.

          **SO ORDERED.**

     DATED:     White Plains, New York
                September 11, 2023

COPIES MAILED BY CHAMBERS
ON 9/11/23 TO
Crocker Law Firm PLLC dba Crocker &
Crocker
107 W. Michigan, Suite 2
Kalamazoo, MI 49007

_____
VICTORIA REZNIK
United States Magistrate Judge