UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MK Imports, LLC.,

         Plaintiffs,   **ORDER RE STATUS CONFERENCE**

    -against-

               7:22-cv-2606

Rejuveneda Medical Imports, Inc., et al.,
         Defendant.

----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

  A Status Conference (via telephone) is hereby scheduled for 1/31/2024 at 11:00 AM.

The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

  **SO ORDERED.**

DATED:  White Plains, New York
      January 2, 2024

                   _____
                   VICTORIA REZNIK
                   United States Magistrate Judge