

ATLANTA   CINCINNATI   COLUMBUS   NEW YORK
CHICAGO   CLEVELAND   DAYTON   WASHINGTON, D.C.

**MEMO ENDORSED**

June 14, 2024

<u>VIA ECF</u>

The Hon. Victoria Reznik
United States Courthouse
Courtroom 420
300 Quarropas Street
White Plains, NY 10601

RE:   <u>M&K Imports, LLC v. Rejuveneda Medical Group, Inc. et al.</u>, Case No. 7:22-cv-02606-VB

Dear Judge Reznik:

We are counsel to Plaintiff M&K Imports, LLC ("Plaintiff" or "M&K Imports") in the above-referenced case.

We write to Your Honor jointly with counsel for Defendants Rejuveneda Medical Group, Inc. dba Regeneveda's and Thom E. Lobe (collectively with Regeneveda, "Regeneveda Defendants"), and with counsel for Defendants Patrick D. Crocker and the Crocker Law Firm PLLC aka Crocker & Crocker (together with Patrick D. Crocker, the "Crocker Defendants") regarding the status of this case, as ordered by the Court during a telephonic status conference on May 30, 2024.

The parties have worked diligently to schedule fact-witness depositions. Witness availability has hampered the ability to schedule all witnesses before the June 28 cutoff for fact-witness depositions. Currently, the parties have agreed to dates for four fact-witness depositions to take place between June 21 and July 12. The parties seek leave of the Court to conduct one party deposition after the July 15 cutoff for fact discovery. The parties anticipate that this deposition will take place in July and thus do not request an adjustment to any of the other discovery deadlines.

As discussed during the May 30 telephonic status conference, Plaintiff continues to pursue the deposition of one additional fact witness who resides outside the United States. Plaintiff anticipates that this deposition will be completed before the end of discovery and will not interfere with any of the other discovery obligations in this case.

At this time, the parties do not seek an additional status conference.

Respectfully submitted,

*[signature]*

Richard De Palma

Copy: All Counsel of Record via ECF.

Richard.DePalma@ThompsonHine.com   Fax: 212.344.6101   Phone: 212.908.3969

**The Court is in receipt of the parties' letter and thanks them for the update. The parties' request to conduct one party deposition after the July 15 cutoff for fact discovery is GRANTED. The parties should file a joint letter no later than 7/19/24 updating the Court on the status of discovery at that time.**

SO ORDERED.

*[signature]*

Hon. Victoria Reznik, U.S.M.J.

Dated: 6/17/2024

THOMPSON HINE LLP
ATTORNEYS AT LAW

335 Madison Avenue
12th Floor
New York, New York 10017-4611

www.ThompsonHine.com
Phone: 212.344.5680
Fax: 212.344.6101