```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/26
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
M&K IMPORTS, LLC,

              Plaintiff,

v.

REJUVENEDA MEDICAL GROUP, INC.,
THOM E. LOBE, PATRICK D. CROCKER and
CROCKER LAW FIRM PLLC,

              Defendants.

------------------------------------------------------------x
------------------------------------------------------------x
M&K IMPORTS, LLC,

              Plaintiff,

v.

CHRISTOPHER LISTO and LAMESA
FUNDING, LLC,

              Defendants.

------------------------------------------------------------x

**ORDER**

22 CV 2606 (VB)

25 CV 485 (VB)

On February 11, 2026, the parties jointly filed a fully executed proposed stipulation and order to consolidate the related actions 22 CV 2606 (VB) and 25 CV 485 (VB) for all purposes. (Doc. #229). This proposed stipulation and order is signed by counsel for all parties in both actions, including Michael A. Eisenberg, Esq., on behalf of defendants Patrick D. Crocker and Crocker Law Firm, PLLC. The proposed stipulation and order is undated.

However, on January 13, 2026, the Court granted Mr. Eisenberg's motion to withdraw as counsel for Mr. Crocker and the Crocker Law Firm. The docket reflects that Mr. Eisenberg was relieved as of January 20, 2026. Because Mr. Eisenberg is no longer counsel of record for Mr. Crocker and the Crocker Law Firm, the Court cannot accept this proposed stipulation and order.

Accordingly, it is hereby ordered that by **February 26, 2026**, the parties shall jointly file a fully executed proposed stipulation and order to consolidate the related actions 22 CV 2606 (VB) and 25 CV 485 (VB) for all purposes. This proposed stipulation and order must be signed by Mr. Crocker on behalf of himself and the Crocker Law Firm, or by new counsel should one enter an appearance on behalf of those defendants.

Plaintiff's counsel is directed to serve a copy of this order on Mr. Crocker by email, and file certification of the same on the ECF docket.

Dated: February 12, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge