UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

M&K IMPORTS, LLC,  :
                    Plaintiff,  :

v.  :

REJUVENEDA MEDICAL GROUP, INC.,  :
THOM E. LOBE, PATRICK D. CROCKER,  :
CROCKER LAW FIRM PLLC,  :
CHRISTOPHER LISTO, and LAMESA  :
FUNDING, LLC,  :
                  Defendants.  :
---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/26

**ORDER**

22 CV 2606 (VB)

     As discussed at a conference held on the record today at which defendant Patrick D. Crocker appeared pro se, and counsel for all other parties appeared, it is HEREBY ORDERED:

1. All parties are directed to make submissions only on the docket for this consolidated case, docket no. 22 CV 2606 (VB).

2. By **March 31, 2026**, defendant Patrick D. Crocker shall submit an application to appear pro hac vice in accordance with Local Civil Rule 1.3(i)-(k). Mr. Crocker is reminded that, although defendant Crocker Law Firm PLLC cannot appear pro se, Mr. Crocker, who is an attorney, can enter an appearance on the Crocker Law Firm's behalf. Mr. Crocker is also reminded that the Crocker Law Firm's prolonged failure to obtain representation could serve as a basis for entry of default under Federal Rule of Civil Procedure 55.

3. By **March 24, 2026**, in accordance with paragraph 2.B of Judge Briccetti's Individual Practices, counsel for defendants Listo and LaMesa Funding (the "Listo Defendants") shall submit a pre-motion conference letter detailing (i) the basis for their anticipated motion for summary judgment, and (ii) any remaining discovery disputes. By **March 31, 2026**, plaintiff's counsel shall submit a letter responding to both issues.

1

4. The Court will conduct a pre-motion conference to discuss these issues on **April 14, 2026, at 10:00 a.m.**, to be held at the White Plains courthouse, Courtroom 620. Counsel for plaintiff and the Listo Defendants must attend. Counsel for other parties are welcome to attend, but are not required to do so. If Mr. Crocker wishes to attend the conference telephonically, he shall do so by calling (914) 292-4033, and entering passcode 696 843 363#.

5. By **April 7, 2026**, plaintiff shall submit either (i) a stipulation for the entry of final judgment as to plaintiff's claim against defendant Rejuveneda Medical Group, Inc. ("Regeneveda"), for breach of contract, or (ii) a motion for entry of final judgment pursuant to Federal Rule of Civil Procedure 54(b). Regeneveda's response to plaintiff's motion, if any, is due **April 21, 2026**. Plaintiff's reply, if any, is due **April 28, 2026**.

6. The Clerk is instructed to update Mr. Crocker's address as follows:

Patrick D. Crocker
107 W. Michigan Avenue, 4th Fl.
Kalamazoo, MI 49007

Dated: March 17, 2026
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

2