USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/14/2026_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

M&K IMPORTS, LLC,

               Plaintiff,

v.

REJUVENEDA MEDICAL GROUP, INC.,
THOM E. LOBE, PATRICK D. CROCKER,
CROCKER LAW FIRM PLLC,
CHRISTOPHER LISTO, and LAMESA
FUNDING, LLC,

               Defendants.

------------------------------------------------------------x

**ORDER**

22 CV 2606 (VB)

As discussed at a conference held on the record today at which defendant Patrick D. Crocker appeared pro se, and counsel for all other parties appeared, it is HEREBY ORDERED:

1. The Court has resolved the discovery-related requests detailed in the Listo Defendants' pre-motion conference letter (Doc. #246). For the reasons set forth on the record, the Listo Defendants' requests are DENIED.

2. By **May 14, 2026**, the Listo Defendants shall submit their motion for summary judgment. By **May 28, 2026**, plaintiff shall file its response. By **June 4, 2026**, the Listo Defendants shall file their reply.

3. The Court will conduct a case management conference on **July 22, 2026, at 11:00 a.m.**, to be held at the White Plains courthouse, Courtroom 620. Only Mr. Crocker may attend the conference telephonically, and he shall do so by calling (914) 292-4033, and entering passcode 839 537 980#.

Dated: April 14, 2026
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

1