UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M&K IMPORTS, LLC,
Plaintiff,

v.

REJUVENEDA MEDICAL GROUP, INC., THOM E. LOBE, PATRICK D. CROCKER, CROCKER LAW FIRM PLLC, CHRISTOPHER LISTO, and LAMESA FUNDING, LLC,
Defendants.

**ORDER**

22 CV 2606 (VB)

By order dated May 21, 2026, the Court directed the parties to submit a joint pretrial order, which would comply with both Fed. R. Civ. P. 26(a)(3) and Paragraph 4.A of the Court's Individual Practices, by July 10, 2026. (Doc. #265).

On July 10, 2026, instead of a single joint pretrial order, the Court received three submissions. First, at approximately 6:00 p.m., the Court received a letter from plaintiff's counsel explaining that despite plaintiff's counsel's best efforts to receive input from counsel for the Regeneveda Defendants, counsel for the Regeneveda Defendants had not provided any input on the joint pretrial order. (Doc. #271). Second, at approximately 6:10 p.m., the Court received a joint pretrial order filed without the participation of the Regeneveda Defendants. (Doc. #272). Finally, at approximately midnight, the Court received a letter from counsel for the Regeneveda Defendants explaining their efforts to participate in the submission of the joint pretrial order, and attaching their own proposed pretrial order, as well as a redline reflecting changes from the pretrial order submitted earlier that evening. (Doc. #273).

Regardless of which party is at fault, the Court has no interest in pawing through redlines to discern the differences in these submissions. Accordingly, by **July 17, 2026**, the parties shall resubmit a single joint pretrial order in accordance with Fed. R. Civ. P. 26(a)(3) and Paragraph 4.A of the Court's Individual Practices. All other deadlines in the Court's order dated May 21, 2026, remain in effect.

Dated: July 13, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge