UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

M&K IMPORTS, LLC,
Plaintiff,

v.

REJUVENEDA MEDICAL GROUP, INC., THOM E. LOBE, PATRICK D. CROCKER, CROCKER LAW FIRM PLLC, CHRISTOPHER LISTO, and LAMESA FUNDING, LLC,
Defendants.

-------------------------------------------------------------x

**ORDER**

22 CV 2606 (VB)

On July 24, 2026, the Listo defendants filed a motion for leave to amend their answer pursuant to Federal Rule of Civil Procedure 15(a)(2). (Doc. #276). To the extent any party wishes to respond to the motion, they shall do so by July 31, 2026.

Dated: July 24, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge