MEMORANDUM ENDORSEMENT

M&K Imports, LLC v. Rejuveneda Medical Group, Inc. d/b/a Regeneveda, et al.
22 CV 2606 (VB)
25 CV 485 (VB)

On July 24, 2026, pro se defendant Christopher Listo filed a motion on behalf of himself and defendant LaMesa Funding, LLC ("LaMesa"), seeking leave to amend their answers pursuant to Federal Rule of Civil Procedure 15(a)(2) to assert an additional defense to plaintiff's claims for tortious interference with contract. (Doc. #276). Listo attached a proposed amended answer to this motion. (Id. at ECF 6–7).

For the reasons stated on the record at the final pretrial conference held on August 26, 2026, Listo's motion to amend his own answer is GRANTED. However, Listo's motion to amend LaMesa's answer is DENIED.

Accordingly, the Court is docketing the attached amended answer submitted by Listo. This attachment is accepted only as an amendment to Listo's answer in case no. 25-cv-485. (Doc. #19). To be clear, the attached amended answer and the affirmative defense pleaded therein are pleaded only as to Listo, and are not pleaded as to LaMesa.

Dated: August 26, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

~~EXHIBIT A~~

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

M&K IMPORTS, LLC,

*Plaintiff,*

v.

REJUVENEDA MEDICAL GROUP, INC. dba REGENEVEDA, THOM E. LOBE, PATRICK D. CROCKER, and CROCKER LAW FIRM PLLC aka CROCKER & CROCKER,

*Defendants.*

Case No.: 7:22-cv-02606-VB

**LISTO DEFENDANTS' ~~PROPOSED~~ AMENDED ANSWER TO COMPLAINT (PORTION TO BE ADDED)**

M&K IMPORTS, LLC,

*Plaintiff,*

v.

CHRISTOPHER LISTO and LAMESA FUNDING, LLC,

*Defendants.*

Case No.: 7:25-cv-00485-VB

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants Christopher Listo and LaMesa Funding, LLC (the "Listo Defendants") respectfully submit this Amendment to their Answer to the Complaint.

The Listo Defendants maintain all prior admissions, denials, and defenses previously asserted in their original Answer, and hereby add the following Affirmative Defense to the record:

**AS AND FOR A FURTHER AFFIRMATIVE DEFENSE TO THE CLAIM OF TORTIOUS INTERFERENCE WITH CONTRACT**

1. Plaintiff's claim for Tortious Interference with Contract is legally barred because the Listo Defendants' actions, if any, were legally justified under the doctrine of Economic Interest Justification.

2. At all relevant times, the Listo Defendants possessed a valid, legitimate economic stake in the transaction described in the Complaint, specifically their contractual entitlement to a share of the profits to be generated from a successfully closed transaction.

3. The Listo Defendants acted in good faith to safeguard and protect this legitimate commercial interest, and did not act out of malice, spite, or a sole desire to injure the Plaintiff, nor did they utilize any fraudulent, dishonest, or illegal means.

Dated: White Plains, New York

July 22, 2026

Respectfully submitted,

/s/ Christopher Listo
Christopher Listo, Pro Se
31 Ridgeview Avenue
Atlantic Highlands, NJ 07716
+1 (347) 421-1918
chrislisto@gmail.com

LaMesa Funding, LLC
By: Christopher Listo, Managing Member