USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M&K IMPORTS, LLC,
Plaintiff,

v.

REJUVENEDA MEDICAL GROUP, INC., THOM E. LOBE, PATRICK D. CROCKER, CROCKER LAW FIRM PLLC, CHRISTOPHER LISTO, and LAMESA FUNDING, LLC,
Defendants.

**ORDER**

22 CV 2606 (VB)

As discussed at a conference held on the record today at which defendant Christopher Listo appeared pro se, and counsel for all other parties appeared, it is HEREBY ORDERED:

1. For the reasons set forth on the record in the Court's bench ruling, the Court resolved (i) Listo's motion for leave to amend his answer, (ii) Listo's motion for reconsideration of the Court's December 9, 2025, order resolving the parties' cross-motions for summary judgment, and (iii) Listo's motion for leave to present live remote witness testimony. The Court also resolved all parties' motions in limine. At this time, there are no pending motions before the Court. Accordingly, the Clerk is directed to terminate all pending motions on the docket in this case, 22-cv-2606 (Docs. ##247, 250, 276, 285, 288, 292, 293, 308, 325). The Clerk is also directed to terminate all pending motions in the related case, 25-cv-485 (Docs. ##42, 43, 45, 46, 52, 53, 56, 59, 60, 65, 71, 79, 81).

2. By **August 28, 2026**, counsel for plaintiff shall submit a revised joint stipulation of undisputed facts and undisputed issues of law signed by all parties.

3. By **August 28, 2026**, counsel for the Crocker Defendants shall submit a letter advising the Court as to how it intends to proceed on its crossclaim against the Regen Defendants for common law indemnification and contribution.

Dated: August 26, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge