USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 8/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

M&K IMPORTS, LLC,
Plaintiff,

v.

REJUVENEDA MEDICAL GROUP, INC., THOM E. LOBE, PATRICK D. CROCKER, CROCKER LAW FIRM PLLC, CHRISTOPHER LISTO, and LAMESA FUNDING, LLC,
Defendants.

---------------------------------------------------------------x

**ORDER**

22 CV 2606 (VB)

By letter dated August 27, 2026, counsel for plaintiff informed the Court that plaintiff is withdrawing its negligence claim against defendants Patrick D. Crocker and the Crocker Law Firm PLLC (the "Crocker Defendants"). (Doc. #332). In addition, by letter dated August 28, 2026, counsel for the Crocker Defendants informed the Court that the Crocker Defendants are withdrawing their cross-claim for common-law indemnification and contribution against defendants Rejuveneda Medical Group, Inc. d/b/a Regeneveda and Dr. Thom E. Lobe (the "Regen Defendants"). (Doc. #335). Accordingly, pursuant to Fed. R. Civ. P. 41, it is HEREBY ORDERED:

1. Plaintiff's negligence claim against the Crocker Defendants is DISMISSED WITH PREJUDICE.

2. The Crocker Defendants' cross-claim for common-law indemnification and contribution against the Regen Defendants is DISMISSED WITHOUT PREJUDICE.

The remaining claims in the case are plaintiff's claims for: (i) breach of escrow agreement against the Crocker Defendants; (ii) breach of fiduciary duty against the Crocker Defendants; (iii) aiding and abetting breach of fiduciary duty against the Regen Defendants, Christopher Listo, and LaMesa Funding LLC; (iv) tortious interference with contract against Listo and Lamesa Funding LLC; and (v) conversion against all defendants.

Dated: August 28, 2026
White Plains, NY

SO ORDERED:

[signature]

Vincent L. Briccetti
United States District Judge