USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

M&K IMPORTS, LLC,
Plaintiff,

v.

REJUVENEDA MEDICAL GROUP, INC., THOM E. LOBE, PATRICK D. CROCKER, CROCKER LAW FIRM PLLC, CHRISTOPHER LISTO, and LAMESA FUNDING, LLC,
Defendants.

------------------------------------------------------------x

**ORDER**

22 CV 2606 (VB)

Today, after the jury rendered a verdict in this case, the Court set the following deadlines:

By **September 18, 2026**, counsel for plaintiff shall submit a proposed judgment for all claims in the case. In the event plaintiff seeks a judgment against Regeneveda for breach of contract in the total amount of $17,560,000, counsel for plaintiff shall also submit a memorandum of law in support of that request by **September 18, 2026**. In that event, counsel for Regeneveda shall submit a response by **September 25, 2026**. Any other defendant may submit a response to the proposed judgment by **September 25, 2026**.

Dated: September 4, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge