UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M&K IMPORTS, LLC,
Plaintiff,

v.

REJUVENEDA MEDICAL GROUP, INC., dba Regeneveda; THOM E. LOBE; PATRICK D. CROCKER; CROCKER LAW FIRM PLLC, aka Crocker &Crocker; CHRISTOPHER LISTO; and LAMESA FUNDING, LLC,
Defendants.

**ORDER**

22 CV 2606

The Court has received a proposed judgment from plaintiff (Doc. #351), a counter-proposed judgment from the Regeneveda defendants (Doc. #355), proposed replacement decretal paragraphs from the Crocker defendants (Doc. #354), and an objection from defendant Listo to plaintiff's proposed judgment (Doc. #353). The Regeneveda and Crocker proposals appear to focus on (i) the arguable overlap between, on the one hand, the $6.2 million general damages component of the total damages ($17,560,000) awarded on plaintiff's contract claim against Regeneveda and, on the other hand, the $6.2 million jury verdict as to the other defendants, and (ii) the need to provide for a "fully mutual, receipt-triggered credit" with respect to any recovery of the $6.2 million.

By October 6, 2026, plaintiff's counsel shall submit a single response to defendants' submissions.

In particular, plaintiff's counsel shall address the proposed "replacement decretal paragraphs" annexed as Exhibit A to the Crocker defendants' memorandum of law, and address whether the "replacement decretal paragraphs" should appropriately replace certain paragraphs in plaintiff's proposed judgment.[1]

In addition to responding to defendants' submissions, plaintiff's counsel shall, if appropriate and/or to the extent plaintiff's counsel agrees with any proposals submitted by the defendants, submit a revised proposed judgment. The decretal paragraphs of the revised proposed judgment shall be numbered (e.g., 1, 2, 3, etc.). In addition, any revised proposed judgment shall be separately emailed as a Word document attachment to ChambersNYSDBriccetti@nysd.uscourts.gov.

[1] Exhibit A references "the third, fourth, and seventh decretal paragraphs of ECF No. 351, at 4–5." It appears this reference contains a typo and that counsel intended to refer instead to the third, fourth, and sixth decretal paragraphs of Doc. #351, plaintiff's proposed judgment.

In the event the Court believes further submissions from defendants would assist the Court in resolving this matter, the Court will so advise counsel.

Dated: September 29, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge