UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M&K IMPORTS, LLC, Plaintiff, v. REJUVENEDA MEDICAL GROUP, INC., d/b/a Regeneveda; THOM E. LOBE; PATRICK D. CROCKER; CROCKER LAW FIRM PLLC, a/k/a Crocker & Crocker, Defendants. | **FINAL JUDGMENT** 22 CV 2606 (VB) |
| M&K IMPORTS, LLC, Plaintiff, v. CHRISTOPHER LISTO and LAMESA FUNDING, LCC, Defendants. | 25 CV 485 (VB) |

WHEREAS, on March 30, 2022, plaintiff M&K Imports, LLC ("plaintiff"), commenced an action bearing Case No. 7:22-cv-02606 (the "Action") by filing a Verified Complaint and Jury Demand dated March 28, 2022, against defendants Rejuveneda Medical Group, Inc. d/b/a Regeneveda ("Regeneveda"), Thom E. Lobe ("Lobe", and together with Regeneveda, the "Regeneveda defendants"), Patrick D. Crocker ("Crocker") and the Crocker Law Firm PLLC a/k/a Crocker & Crocker ("Crocker & Crocker", and together with Crocker, the "Crocker defendants");

WHEREAS, plaintiff subsequently filed a Verified First Amended Complaint and Jury Demand dated July 15, 2022 (the "Complaint");

WHEREAS, on January 16, 2025, plaintiff commenced an action bearing Case No. 7:25-cv-00485 (the "Listo Action") by filing a Verified Complaint and Jury Demand dated January 16, 2025 (the "Listo Complaint") against defendants Christopher Listo ("Listo") and LaMesa Funding, LLC;

WHEREAS, on December 9, 2025, the Court issued an Opinion and Order dated December 9, 2025 ("Summary Judgment Decision"), in the Action disposing of the parties' cross-motions for summary judgment: (i) granting summary judgment to plaintiff on its First Cause of Action for Breach of Contract against Regeneveda only in the sum of $17,560,000; (ii) granting summary judgment to the Crocker defendants dismissing the Regeneveda defendants' crossclaim for contribution and indemnity; and (iii) denying all other motions and cross-motions.

WHEREAS, on February 25, 2026, the Listo Action was consolidated with the Action;

WHEREAS, on August 31, 2026, the Action and the claims against defendant Listo proceeded to trial before a jury, Hon. Vincent L. Briccetti, U.S.D.J. presiding, on all remaining claims; and

WHEREAS, on September 4, 2026, the jury returned a Verdict as follows:

(i) As to the Second Cause of Action in the Complaint for Conversion, in favor of plaintiff M&K Imports, LLC, as against the Regeneveda defendants and the Crocker defendants in the sum of $6,200,000;

(ii) As to the First Cause of Action in the Listo Complaint for Conversion, in favor of Listo and against plaintiff M&K Imports, LLC;

(iii) As to the Third Cause of Action in the Complaint for Breach of Fiduciary Duty and Breach of Escrow Agreement, in favor of plaintiff M&K Imports, LLC, as against the Crocker defendants in the sum of $6,200,000;

(iv) As to the Fourth Cause of Action in the Complaint for Aiding and Abetting Breach of Fiduciary Duty, in favor of plaintiff M&K Imports, LLC, as against the Regeneveda defendants in the sum of $6,200,000;

(v) As to the Second Cause of Action in the Listo Complaint for Aiding and Abetting Breach of Fiduciary Duty, in favor of plaintiff M&K Imports, LLC, as against Listo in the sum of $6,200,000; and

(vi) As to the Third Cause of Action in the Listo Complaint for Tortious Interference with Contract, in favor of Listo and against plaintiff M&K Imports, LLC.

**NOW,** therefore, upon the Motion of Thompson Hine LLP, attorneys for plaintiff M&K Imports, LLC, it is hereby

1. **ORDERED, ADJUDGED AND DECREED** that plaintiff M&K Imports, LLC, having an address at 53 Elm Drive, Millbrook, New York 12545, shall have judgment against and do recover from: (i) defendant Rejuveneda Medical Group, Inc. d/b/a Regeneveda, having an address at 8 South Michigan Avenue, Suite 812, Chicago, Illinois 60603; (ii) defendant Thom E. Lobe, having an address at c/o Rejuveneda Medical Group, Inc. d/b/a Regeneveda, 8 South Michigan Avenue, Suite 812, Chicago, Illinois 60603; (iii) defendant The Crocker Law Firm PLLC a/k/a Crocker & Crocker, having an address at 107 W. Michigan Avenue, 4th Floor, Kalamazoo, Michigan 49007; (iv) defendant Patrick D. Crocker, having an address at c/o The Crocker Law Firm PLLC a/k/a Crocker & Crocker, 107 W. Michigan Avenue, 4th Floor, Kalamazoo, Michigan 49007; and (v) defendant Christopher Listo, having an address at 31 Ridgeview Avenue, Atlantic Highlands, New Jersey 07716, jointly and severally, the sum of Six Million Two Hundred Thousand Dollars ($6,200,000), together with interest accruing on said sum at an annual rate of 9% pursuant to Article 50 of the New York Civil Practice Law and Rules from January 18, 2022, the earliest ascertainable date the cause of action existed, to October 14, 2026, the date of entry of judgment, in the sum of $2,644,767.12, for judgment in the total sum of $8,844,767.12, and that plaintiff have execution therefor; and it is further

2. **ORDERED, ADJUDGED AND DECREED** that plaintiff M&K Imports, LLC, having an address at 53 Elm Drive, Millbrook, New York 12545, shall have judgment against and do recover from defendant Rejuveneda Medical Group, Inc. d/b/a Regeneveda, having an address at 8 South Michigan Avenue, Suite 812, Chicago, Illinois 60603, the sum of Seventeen Million Five Hundred Sixty Thousand Dollars ($17,560,000), of which Six Million Two Hundred Thousand Dollars ($6,200,000) is the same sum awarded in Paragraph 1 and shall bear interest only as provided in Paragraph 1, together with interest accruing on the remaining Eleven Million Three Hundred Sixty Thousand Dollars ($11,360,000) at an annual rate of 9% pursuant to Article 50 of the New York Civil Practice Law and Rules from February 3, 2022, the earliest ascertainable date the cause of action existed, to October 14, 2026, the date of entry of judgment, in the sum of $4,801,078.36, for judgment in the total sum of $22,361,078.36, and that plaintiff have execution therefor; and it is further

3. **ORDERED, ADJUDGED AND DECREED** that the maximum recovery by plaintiff M&K Imports, LLC, against defendant Lobe, defendant Listo, and the Crocker defendants, jointly and severally, shall be Six Million Two Hundred Thousand Dollars ($6,200,000), together with interest; and it is further

4. **ORDERED, ADJUDGED AND DECREED** that the maximum recovery by plaintiff M&K Imports, LLC, against defendant Rejuveneda Medical Group, Inc. d/b/a Regeneveda shall be Seventeen Million Five Hundred Sixty Thousand Dollars ($17,560,000), together with interest; and it is further

5. **ORDERED, ADJUDGED AND DECREED** that the maximum recovery by plaintiff, M&K Imports, LLC, from all defendants pursuant to this Judgment shall, in the

aggregate, be Seventeen Million Five Hundred Sixty Thousand Dollars ($17,560,000), together with interest; and it is further

6. **ORDERED, ADJUDGED AND DECREED** that, as it pertains to the total sum awarded in Paragraph 1 ($8,844,767.12), any recovery by plaintiff from defendant Lobe, defendant Listo, or the Crocker defendants shall be a credit against the amount owed pursuant to Paragraph 1 by defendant Rejuveneda Medical Group, Inc. d/b/a Regeneveda to plaintiff. In addition, for any recovery by plaintiff from defendant Rejuveneda Medical Group, Inc. d/b/a Regeneveda, 35.31% of said recovery shall be a credit against the amount owed pursuant to Paragraph 1 by defendant Lobe, defendant Listo, and the Crocker defendants to plaintiff, 35.31% representing the ratio of Six Million Two Hundred Thousand Dollars ($6,200,000) to Seventeen Million Five Hundred Sixty Thousand Dollars ($17,560,000); and it is further

7. **ORDERED, ADJUDGED AND DECREED** that the First Cause of Action in the Listo Complaint for Conversion and the Third Cause of Action in the Listo Complaint for Tortious Interference with Contract are dismissed as against defendant Listo with prejudice; and it is further

8. **ORDERED, ADJUDGED AND DECREED** that plaintiff's negligence claim against defendants The Crocker Law Firm PLLC a/k/a Crocker & Crocker and Patrick D. Crocker is dismissed with prejudice; the cross-claim of defendants The Crocker Law Firm PLLC a/k/a Crocker & Crocker and Patrick D. Crocker for common-law indemnification and contribution against defendants Rejuveneda Medical Group, Inc. d/b/a Regeneveda and Thom E. Lobe is dismissed without prejudice; and the crossclaim for contribution and indemnity of defendants Rejuveneda Medical Group, Inc. d/b/a Regeneveda and Thom E. Lobe against defendants The Crocker Law Firm PLLC a/k/a Crocker & Crocker and Patrick D. Crocker is dismissed with prejudice; and it is further

9. **ORDERED, ADJUDGED AND DECREED** that costs shall be separately taxed by the Clerk pursuant to Federal Rule of Civil Procedure 54(d)(1) and S.D.N.Y. Local Civil Rule 54.1; and it is further

10. **ORDERED, ADJUDGED AND DECREED** that the Court shall retain jurisdiction with respect to all pending matters, including for purposes of enforcing this judgment and any further proceedings the Court may deem necessary with respect to the determination of damages, interest, costs and disbursements; and it is further

11. **ORDERED, ADJUDGED AND DECREED** that this Judgment shall be entered as a Final Judgment pursuant to Federal Rule of Civil Procedure 54(b), the Court having determined there is no just reason to delay the appeal of the fully adjudicated claims or to delay plaintiff's recovery of a money judgment. Specifically, the Court finds no reason to await the resolution of plaintiff's claim against defendant LaMesa Funding, LLC, as to whom a Clerk's Certificate of Default was entered by the Clerk of Court on September 16, 2026, when the vast majority of claims and defenses have been resolved by the Summary Judgment Decision and Verdict of the Jury described herein; and it is further

12. **ORDERED, ADJUDGED AND DECREED** that the Clerk of the Court is hereby directed to enter this Final Judgment and shall forward copies hereof to all Counsel of Record and *Pro Se* defendant Listo.

SO ORDERED:

Dated: October 14, 2026
White Plains, New York

HON. VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE