UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

M&K IMPORTS, LLC,
Plaintiff,

v.

REJUVENEDA MEDICAL GROUP, INC., d/b/a Regeneveda; THOM E. LOBE; PATRICK D. CROCKER; CROCKER LAW FIRM PLLC, a/k/a Crocker & Crocker,
Defendants.

-----------------------------------------------------------x

**ORDER**

22 CV 2606 (VB)

M&K IMPORTS, LLC,
Plaintiff,

v.

CHRISTOPHER LISTO and LAMESA FUNDING, LCC,
Defendants.

-----------------------------------------------------------x

25 CV 485 (VB)

On September 16, 2026, a Clerk's Certificate of Default was entered by the Clerk of Court as to defendant LaMesa Funding, LLC. (Doc. #89 in Case No. 25-cv-485).

By no later than October 28, 2026, plaintiff shall move for a default judgment in accordance with S.D.N.Y. Local Civil Rule 55.2 and Paragraph 6 and Attachment A of Judge Briccetti's Individual Rules of Practice.

Pursuant to Federal Rule of Civil Procedure 41(b), if plaintiff fails to comply with this Order, the Court may dismiss the claims against LaMesa Funding, LLC, for failure to prosecute or comply with a court order.

Dated: October 14, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge